**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br><br>**TERENCE TRIBBLE,**<br>                    **Plaintiff,**<br><br>       v.<br><br>**NICHOLAS J. EVANGELIDES and**<br>**ROGER L. FIESER,**<br>                    **Defendants.** | Case Number:<br><br>FILED: MAY 4, 2008<br>08 CV 2533    JH<br>JUDGE HIBBLER<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiff TERENCE TRIBBLE**

| |
|---|
| NAME (Type or print)<br>**Irene K. Dymkar** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>**s/ Irene K. Dymkar** |
| FIRM<br>**Irene K. Dymkar** |
| STREET ADDRESS<br>**300 West Adams, Suite 330** |
| CITY/STATE/ZIP<br>**Chicago, IL 60606-5107** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**90785719** | TELEPHONE NUMBER<br>**(312) 345-0123** |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES **X** | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | | | |