IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERENCE TRIBBLE, | ) | |
| | ) | No. 08 C 2533 |
| Plaintiff, | ) | |
| | ) | Judge Hibbler |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| NICHOLAS J. EVANGELIDES and | ) | |
| ROGER L. FIESER, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:   Irene Dymkar
      300 West Adams
      Suite 330
      Chicago, IL 60606

   Please take notice that on July 8, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Motion to File *Instanter* Their Answer and Motion to Dismiss Plaintiff's Malicious Prosecution Claim,** a copy of which was thereby served upon you.

   Please take further notice that I will appear before the Honorable Judge Hibbler or such other Judge or Magistrate Judge sitting in his stead, on July 15, 2008 at 09:30 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

   I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Motion To File *Instanter* Its Answer and Motion to Dismiss Plaintiff's Malicious Prosecution Claim** on plaintiff's attorney of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on July 8, 2008.


City of Chicago Department of Law        */s/ Bhairav Radia*
30 N. LaSalle Street, Suite 1020          Bhairav Radia
Chicago, IL 60602                         Assistant Corporation Counsel
(312) 744-6919