# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2533 | **DATE** | 7/15/2008 |
| **CASE TITLE** | TRIBBLE vs. EVANGELIDES, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants' motion to file instanter their answer and motion to dismiss is granted. Defendants' motion to dismiss plaintiff's malicious prosecution claim is taken under advisement. Plaintiff to respond or file amended complaint by 8/4/08. Defendants to reply by 8/25/08. Ruling by mail. Status hearing set for 8/28/08 at 9:30 a.m.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | JHC |
|---|---|---|