AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERENCE TRIBBLE,<br>                Plaintiff,<br>v.<br><br>NICHOLAS J. EVANGELIDES,<br>ROGER L. FIESER, and CITY OF CHICAGO,<br>                Defendants. | )<br>) SUMMONS IN CIVIL CASE<br>)<br>) Case No. 08 C 2533<br>)<br>) Judge William J. Hibbler<br>)<br>) Magistrate Judge Morton Denlow<br>) |

TO:

      CITY OF CHICAGO
      City Clerk
      121 N. LaSalle, Room 107
      Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      Irene K. Dymkar
      300 W. Adams St., Suite 330
      Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____         _____
BY DEPUTY CLERK                                                DATE

**Michael W. Dobbins, Clerk**

*J. Cervantes*
------------------------------------
**(By) DEPUTY CLERK**



**August 5, 2008**
------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | August 6, 2008 |
| NAME OF SERVER (PRINT)  Linda DuBose | TITLE  Plaintiff's Attorney Staff |

*Check one box below to indicate appropriate method of service*

**x**  Served personally upon the defendant. Place where served: <u>City of Chicago, 121 N. LaSalle, Room 107,</u> <u>Chicago, IL 60602</u>

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 6, 2008        *Linda DuBose*
                Date                  Signature of Server

<u>300 West Adams, Suite 330, Chicago, IL 60606-5107</u>
Address of Server

*RECEIVED 2008 AUG 6 PM 12 07 OFFICE OF THE CITY CLERK*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.