IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERENCE TRIBBLE, | ) | |
| | ) | No. 08 C 2533 |
| Plaintiff, | ) | |
| | ) | Judge Hibbler |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| NICHOLAS J. EVANGELIDES, | ) | |
| ROGER L. FIESER, and CITY OF CHICAGO | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:   Irene Dymkar
      300 West Adams
      Suite 330
      Chicago, IL 60606

    Please take notice that on August 26, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Motion to Dismiss Plaintiff's Malicious Prosecution Claim and Defendant City of Chicago,** a copy of which was thereby served upon you.

    Please take further notice that I will appear before the Honorable Judge Hibbler or such other Judge or Magistrate Judge sitting in his stead, on September 3, 2008 at 09:30 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

    I certify that I caused to be served a true copy of this notice and **Defendants' Motion to Dismiss Plaintiff's Malicious Prosecution Claim and Defendant City of Chicago** on plaintiff's attorney of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on August 26, 2008.


City of Chicago Department of Law          */s/ Bhairav Radia*
30 N. LaSalle Street, Suite 1020           Bhairav Radia
Chicago, IL 60602                          Assistant Corporation Counsel
(312) 744-6919