# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Terence Tribble

                              Plaintiff,

v.                                        Case No.: 1:08−cv−02533
                                          Honorable William J. Hibbler

Nicholas J. Evangelides, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

        MINUTE entry before the Honorable William J. Hibbler:Status hearing held on 8/28/2008 and continued to 09/03/08 at 9:30 a.m. Attorney Bhairav Radia is given leave to withdraw as counsel for the defendants. Attorney Susan Sullivan is given leave to file her appearance as counsel for all defendants. Attorney Bhairav Radia terminated.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.