U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 2533 |
|---|---|
| TERENCE TRIBBLE, Plaintiff, vs. CITY OF CHICAGO, et al., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, CITY OF CHICAGO, NICHOLAS J. EVANGELIDES and ROGER L. FIESER

| NAME (Type or print) |  |
|---|---|
| KEVIN V. BOYLE |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Kevin V. Boyle |  |
| FIRM |  |
| SWANSON, MARTIN & BELL, LLP |  |
| STREET ADDRESS |  |
| 330 North Wabash Avenue, Suite 3300 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60611 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6209809 | (312) 321-8452-kboyle@smbtrials.com |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |