UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Terence Tribble

                Plaintiff,

v.                                            Case No.: 1:08–cv–02533
                                               Honorable William J. Hibbler

Nicholas J. Evangelides, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 9/3/2008 regarding motion to dismiss [17]. Motion to dismiss [11] is moot. Defendants' Motion to dismiss plaintiff's malicious prosecution claim and defendant City of Chicago [17] is taken under advisement. Plaintiff to respond by 9/24/08. Defendants' to reply by 10/1/08. Ruling by mail. Status hearing held on 9/3/2008 and continued to 10/16/2008 at 09:30 AM. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.