## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08 C 2533

TERENCE TRIBBLE, Plaintiff,
    v.
CITY OF CHICAGO, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago, Nicholas J. Evangelides and Roger L. Fieser

| | |
|---|---|
| NAME (Type or print)<br>ARTHUR J. RELIFORD, JR. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Arthur J. Reliford, Jr. | |
| FIRM<br>SWANSON, MARTIN & BELL, LLP | |
| STREET ADDRESS<br>330 North Wabash Ave., Suite 3300 | |
| CITY/STATE/ZIP<br>Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270485 | TELEPHONE NUMBER<br>312-321-9100/areliford@smbtrials.coms |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |