UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERENCE TRIBBLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 C 2533 |
| v. | ) |
| | ) Judge William J. Hibbler |
| NICHOLAS J. EVANGELIDES, et al., | ) |
| | ) |
| Defendants. | ) |

### BILL OF COSTS PURSUANT TO RULE 39(e) OF THE FEDERAL RULES OF APPELLATE PROCEDURE

Pursuant to Rule 39(d) of the Federal Rules of Appellate Procedure and the order of the Court of Appeals, Seventh Circuit, of January 26, 2012, in the case of *Tribble v. Evangelides, et al.,* 10-3262, which allowed costs to plaintiff as appellant, the plaintiff, Terence Tribble, hereby submits the following Bill of Costs as costs taxable in the district court:

**I.     Filing Fee**

Fee for filing notice of appeal                                                                                        **$455.00**

**II.    Fees for Transcripts of District Court Trial Proceedings Obtained For Use in Case.**

| | | |
|---|---|---|
| Transcript for motion hearing on 5/13/10 (See Court Reporter Invoice at Exhibit A) | 28 pages x $3.65 | $ 102.20 |
| Transcript of emergency motion on 5/13/10 (See Court Reporter Invoice at Exhibit B) | 28 pages x $4.85 | $ 135.80 |
| Transcript for motion hearing on 5/17/10 (See Court Reporter Invoice at Exhibit A) | 43 pages x $3.65 | $ 156.95 |

| | | |
|---|---|---|
| Trial proceeding (excerpts) 5/17/10 (See Court Reporter Invoice at Exhibit B) | 12 pages x $4.85 | $ 58.20 |
| Trial proceedings 5/18/10 -5/21/10 (See Court Reporter Invoice at Exhibit A) | 205 pages x $0.90 | $ 184.50 |
| Trial proceedings 5/18/10 -5/21/10 (See Court Reporter Invoice at Exhibit A) | 439 pages x $ 3.65 | $1,602.35 |
| Trial testimony (witness Ebersole) 5/20/10 (See Court Reporter Invoice at Exhibit B) | 26 pages x $4.85 | $ 126.10 |

**Total Transcript Cost**                                                        $2,821.10

**TOTAL COSTS ALLOWED BY RULE 39(e)**               $3,276.10

Respectfully submitted,

Dated: February 8, 2012          /s/      Irene K. Dymkar
                                               Irene K. Dymkar
                                               Attorney for Plaintiff
                                               300 W. Adams, Suite 330
                                               Chicago, Illinois 60606
                                               312-345-0123

# DECLARATION

       I, Irene K. Dymkar, declare and verify under penalty of perjury that the foregoing costs are correct and reasonable, and were necessarily incurred in this action.

Dated: February 8, 2012            /s/     Irene K. Dymkar
                                                             Irene K. Dymkar
                                                             Attorney for Plaintiff
                                                             300 W. Adams, Suite 330
                                                             Chicago, Illinois 60606
                                                             312-345-0123

# CERTIFICATE OF SERVICE

       I, Irene K. Dymkar, an attorney, certify that on the 8th day of February, 2012, a copy of PLAINTIFF-APPELLANT'S BILL OF COSTS PURSUANT TO LOCAL RULE 39(e) OF THE FEDERAL RULES OF APPELLATE PROCEDURE was served upon the attorney named below by through the Court's electronic filing system.

                                                             Susan E. Sullivan
                                                             Swanson, Martin & Bell, LLP
                                                             330 N. Wabash, Suite 3300
                                                             Chicago, IL 60611

Dated: February 8, 2012            /s/     Irene K. Dymkar
                                                             Irene K. Dymkar