| | | |
|---|---|---|
| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS | |
| | INVOICE NO: 20100187 | |

| | |
|---|---|
| Ms. Irene K. Dymkar<br>Irene K. Dymkar<br>300 West Adams Street<br>Suite 330<br>Chicago, IL 60606<br><br>Phone: (312) 345-0123 | **MAKE CHECKS PAYABLE TO:**<br>Alexandra Roth, CSR, Ltd.<br>Official Court Reporter<br>219 South Dearborn Street<br>Room 1224<br>Chicago, IL 60604<br><br>Phone: (312) 408-5038<br>FAX (847) 835-8870<br>Tax ID: 36-3632177 |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 10-01-2010 | DATE DELIVERED: 10-22-2010 |
|---|---|---|---|

**Case Style:** 08 C 2533, Terence Tribble v N Evangeledes, R Fieser
```
Transcript of proceedings before the Honorable William J. Hibbler
motions 5-13-10 (28 p.)  5-17-10 (43 pages)
trial 5-18-10 through 5-21-10 644 pages
(205 pages at copy rate, previously done)
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 510 | 3.65 | 1,861.50 | 205 | 0.90 | 184.50 | | | | 2,046.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 2,046.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| **Deposit Date: 10-01-2010** | LESS AMOUNT OF DEPOSIT: 2,000.00 |
| | TOTAL REFUND: |
| **Check No: 3964**   **Date Paid: 11-01-2010**   **Amt: $46.00** | TOTAL DUE: $0.00 |

ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
    I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 01-31-2012 |

*(All previous editions of this form are cancelled and should be destroyed)*