| | AO 44 |
|---|---|
| | (Rev. 11/07) |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20100116

**MAKE CHECKS PAYABLE TO:**

Ms. Irene K. Dymkar
Irene K. Dymkar
300 West Adams Street
Suite 330
Chicago, IL 60606

Phone: (312) 345-0123

Alexandra Roth, CSR, Ltd.
Official Court Reporter
219 South Dearborn Street
Room 1224
Chicago, IL 60604

Phone: (312) 408-5038
FAX (847) 835-8870
Tax ID: 36-3632177

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 05-24-2010
DATE DELIVERED: 05-27-2010

**Case Style:** 08 C 2533, Terence Tribble v N Evangeledes, R Fieser
Transcript of proceedings before the Honorable William J. Hibbler
Trial excerpts 5-17-10 (motions 12 p.)   5-20-10 (Ebersole 26 p.)
5-13-10 (emergency motion 28 p.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 66 | 4.85 | 320.10 | | | | | | | 320.10 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 320.10 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Check No: 3887**    **Deposit Date: 05-27-2010** | LESS AMOUNT OF DEPOSIT: | 300.00 |
| | TOTAL REFUND: | |
| **Check No: 3890**    **Date Paid: 05-28-2010**    **Amt: $20.10** | TOTAL DUE: | $0.00 |

ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

CERTIFICATION
   I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE                                                                                      DATE  01-31-2012

*(All previous editions of this form are
cancelled and should be destroyed)*