# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

February 22, 2012

Taxed in Favor of: **Appellant Terence Tribble**

| No.: 10-3262 | TERENCE TRIBBLE,<br>Plaintiff - Appellant<br><br>v.<br><br>NICHOLAS J. EVANGELIDES, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:08-cv-02533<br>Northern District of Illinois, Eastern Division<br>District Judge William J. Hibbler ||

The mandate or agency closing letter issued in this cause on February 17, 2012.

BILL OF COSTS issued in the amount of: $327.60.

|  |  | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: | $ 327.60 | _____ |

_____

4.   _____            _____      _____
     _____

5.   _____
     _____            _____      _____

                                                              TOTAL:       $     327.60

form name: **c7_BillOfCosts**(form ID: **140**)